## NOTICE OF VOLUNTARY RESIGNATION

I, David Leibowitz, tender my resignation from the panel of private trustees for the Northern District of Illinois (Region 11) on and effective as of July 1, 2025. I acknowledge that (i) my last case assignment was for Section 341(a) meetings conducted in June 2025; (ii) that any case assigned to me with Section 341(a) meetings scheduled for after June 2025 (if any) will be reassigned as soon as possible; (iii) if Trustee Final Accounts or No Distribution Reports are not filed by January 30, 2026, in any case listed on *Schedule A* to this Notice, each such case will be reassigned to another panel trustee; (iv) upon the signing of this Notice, I am resigning from each case listed on *Schedule B* to this Notice; and (iv) by voluntarily resigning from the panel, the provisions of 28 C.F.R. § 58.6 do not apply.

_____
David Leibowitz

6/19/25
_____
Dated


Accepted by:

_____
Adam G. Brief, Acting U.S. Trustee

_____
Dated

*~ Schedules A & B follow ~*

## SCHEDULE A

23-03461 David O'Neil
23-12362 Luis G. Franco
23-14654 Mohammed Siddiqui
24-02719 Serioja Stanev
24-05046 Meriano L. Robles
24-05156 Mohammad Nabi
24-14660 Teisha Berry
22-12410 Deja Simmons
20-17856 Christopher Bumsoo Kim
23-16435 Valmo Roofing, PLLC
22-10025 Sergio Vasquez Harris
23-11141 Douglas C. Altenberger
24-01884 Loretta Pearson
24-05140 Bradley Apland
24-05279 James W. Buchholz
24-08443 John Burzawa
24-08567 Kenneth Dudley, Sr.
24-13408 Rodney James Thompson
24-19334 Nirbhai Singh Dhanoa
25-03307 Douglas Moeller
21-07265 Renee Cunigan
22-06961 Terry Bolden
24-01892 Alma Olvera
18-03134 Mohammad Tahseen
25-02227 Shayla N. Butler
24-14338 Rumen Hristov
22-08537 Miles Anderson
24-08265 John Colletta
24-14337 Alfredo Sanchez Fraga
23-15263 Samir Jakupovic
24-04739 S& L Cartage, Inc
24-04741 LG Express Group, Inc.
24-09884 ILG International Logistics Group
24-13618 Kathlyn M. Bauer

## SCHEDULE B

24-02721 Constance Nichols
23-17127 Andrell International, LLC
24-1880  Adam Ellis
24-14345 Andrzej M. Drogos
24-16354 Tadese Haile
24-13002 Tomeka Hawkins
24-05726 Lailah Kiana Roan
24-13399 GMS Plumbing, Inc.
25-00594 Elzbieta Fiolkowska Kaja
24-02286 Chicago Custom Home Builders
24-14283 Nicole West